THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE EMERSON, | CASE NO. C21-1469-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHNSON RV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion to voluntarily dismiss Defendants Mercedes-Benz USA and Mercedes-Benz Vans USA without prejudice (Dkt. No. 21.) This dismissal is self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, Plaintiff's claims against those Defendants in this matter are DISMISSED without prejudice.

DATED this 23rd day of March 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk