THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE EMERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHNSON RV, *et al.*,<br><br>            Defendants. | CASE NO. C21-1469-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to revise the case caption (Dkt. No. 23). Plaintiff moves to amend pursuant to written consent of the adverse parties under Federal Rule of Civil Procedure 15(a). Strict rules govern who can represent a litigant in federal court. Generally, the only permissible representative is a licensed and admitted attorney. *See C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697-98 (9th Cir.1987). Accordingly, the Court STRIKES the motion improperly signed by Brian Del Gatto on behalf of Defendant Triple E. Recreational Ltd. ("Triple E"). (Dkt. No. 23.) The parties must refile the motion properly signed by each party or its permissible representative.

//

//

MINUTE ORDER
C21-1469-JCC
PAGE - 1

1        DATED this 28th day of March 2022.

                                                            Ravi Subramanian
                                                            Clerk of Court

                                                            s/Sandra Rawski
                                                            Deputy Clerk