THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACKIE EMERSON, | CASE NO. C21-1469-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JOHNSON RV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation (Dkt. No. 28). Pursuant to the parties' stipulation, the deadline for parties to exchange expert disclosures is extended from June 13, 2022 to June 30, 2022.

DATED this 14th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk